HAROLD G. HOPPE        5049
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2300
Honolulu, Hawaii  96813
Telephone: (808) 528-1903
Facsimile: (808) 531- 3860
e-mail: HOPPEA001

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MICHAEL MILLER<br><br>    Plaintiff<br><br>vs.<br><br>SMITH MARITIME, LTD.; TOW BOAT  SERVICES & MANAGEMENT, INC.and HAWAIIAN INTERISLAND TOWING, INC.<br>    Defendants<br>_____ | CIVIL NO. CV05-00490 HG BMK<br><br>CERTIFICATE OF SERVICE FOR NOTICE OF TAKING DEPOSITION DUCES TECUM OF CAPTAIN RUSSELL JOHNSON. |

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 9, 2008, a copy of Plaintiff Michael Miller's

NOTICE OF TAKING DEPOSITION DUCES TECUM OF CAPTAIN RUSSELL

JOHNSON was served, upon the following persons and parties as follows:

NORMAND R. LEZY, ESQ.  Via United States Mail and Email
Leong Kunihiro Leong & Lezy
Davies Pacific Ctr.
841 Bishop St., ste. 1212
Honolulu Hi 96813

Attorney for Defendants
SMITH MARITIME, LTD.;
TOW BOAT SERVICES &
MANAGEMENT, INC.and
HAWAIIAN INTERISLAND
TOWING, INC.


DATED: Honolulu, Hawaii, May 9, 2008

                                              /s/ Harold G. Hoppe
                                                Harold G. Hoppe
                                                Counsel for Plaintiff
                                                MICHAEL MILLER